USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NATIONAL UNION FIRE INSURANCE COMPANY :
OF PITTSBURGH, PA, :
:
                       Plaintiff, :      18-cv-9844 (LJL)
:
    -v- :      ORDER
:
DSV AIR & SEA, INC. and APL CO. PTE LTD., :
:
                       Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    On February 20, 2020, the Court instructed the parties to jointly submit a proposed Case Management Plan and Scheduling Order by March 13, 2020. The parties filed a blank plan on this date. *See* Dkt. No. 25.

    The parties should submit the completed proposed Case Management Plan and Scheduling Order on March 17, 2020 by 3:00 p.m. The Court will assume the prior filing was in error unless the parties otherwise notify the Court.

    SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge